# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK M. DOUMANI, SR., ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> RAINMAKER SECURITIES, et al., ) <br> Defendant(s). ) | Case No. 2:17-cv-03138-RFB-NJK <br><br> ORDER <br><br> (Docket No. 14) |

Pending before the Court a motion to extend the deadline to respond to the complaint by 30 days. Docket No. 14. Plaintiff filed a notice of non-opposition. Docket No. 16. For good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED.

DATED: March 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge