1  James L. Kopecky, Esq.
   Illinois Bar No. 6225359 (*Pro Hac Vice Pending*)
2  **KOPECKY SCHUMACHER ROSENBURG PC**
   120 N. LaSalle St., Suite 2000
3  Chicago, Illinois 60602
   (312) 527-3966
4  jkopecky@ksrpc.com

5  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
6  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
7  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
8  chad.butterfield@wilsonelser.com
   *Attorneys for Defendants Rainmaker Securities, LLC,*
9  *Glen Wayne Anderson, Amy Boyet, Park Lane IBS LLC, and*
   *Andrew Kline*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK M. DOUMANI, SR., as assignee of EMIL INTERACTIVE GAMES, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br> vs. <br><br> RAINMAKER SECURITIES, LLC, an Illinois limited liability company; GLEN WAYNE ANDERSON, an Illinois resident; AMY BOYET, a Missouri resident; PARK LANE IBS LLC, a Delaware limited liability company; ANDREW KLINE, a California resident; and DOES 1 through 10; ROE CORPORATIONS 11-20, <br><br> Defendants. | CASE NO: 2:17-cv-03138-RFB-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (Second Request) |

      Defendants RAINMAKER SECURITIES, LLC and PARK LANE IBS LLC (collectively "Defendants"), by and through their attorneys of record, James L. Kopecky, Esq. of KOPECKY SCHUMACHER ROSENBURG PC and Chad C. Butterfield, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff FREDERICK M. DOUMANI, SR., as assignee of EMIL INTERACTIVE GAMES, LLC, hereby stipulate and agree that the deadline for Defendants to respond to Plaintiff's complaint by 60 days, from the current deadline of April 11, 2018 to June 11, 2018.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as the parties are attempting to implement the prior settlement agreement previously referenced by Defendants. *See* ECF No. 14. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily. This is Defendants' second request for extension of the deadline.

So Stipulated:

DATED this 9th day of April, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Chad C. Butterfield
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101

**KOPECKY SCHUMACHER ROSENBURG PC**
James L. Kopecky, Esq.
Illinois Bar No. 6225359 *Pro Hac Vice Pending*)
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
*Attorneys for Defendants*

DATED this 9th day of April, 2018

**MCDONALD CARANO LLP**

/s/ Craig A. Newby
Craig A. Newby, Esq.
Nevada Bar No. 8591
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __10th__ day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE